IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANGELA MICHAEL,
PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:20-cv-127-JMV

COMMISSIONER OF
SOCIAL SECURITY,
DEFENDANT

## FINAL JUDGMENT

Consistent with the Memorandum Opinion [34] entered today, the Acting Commissioner's decision is AFFIRMED.

**SO ORDERED AND ADJUDGED** this, the 29th day of November, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE